UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY GOMEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CYNTHIA NORRIS, et al.,<br><br>            Defendants. | CASE NO. 1:20-cv-00662-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY REASSIGN THE CASE TO A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS |

This case was filed on May 11, 2020, by plaintiff Leroy Gomez, a detainee at the Lerdo Pre-trial Facility in Bakersfield, California, proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;
2. Randomly assign this case to a magistrate judge other than Magistrate Judge Gary S. Austin, and to a district judge if needed, for any further proceedings which may be appropriate or required; and
3. Issue all applicable standing orders, scheduling orders, and process.

Further, the parties SHALL omit the PC designation from the new case number.

IT IS SO ORDERED.

   Dated:   **May 13, 2020**                  **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE