# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY GOMEZ., <br><br>                 Plaintiffs, <br> v. <br><br> CYNTHIA NORRIS, et al., <br><br>                 Defendants. | Case No.: 1:20-cv-00662 AWI JLT <br><br> ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE <br><br> Old Case Number: 1:20-cv-00662 AWI JLT <br> New Case Number: 1:20-cv-00662 AWI BAM |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Barbara A. McAuliffe.  **The new case number is 1:19-cv-00379 AWI BAM**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **May 18, 2020**              /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE